**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charlie Patterson TAYLOR,**
**Defendant–Appellant.**

**No. 02–6354.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 30, 2002.

Decided Sept. 9, 2002.

Charlie Patterson Taylor, Appellant Pro Se. Stephen Wiley Miller, Richard Barton Campbell, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles P. Taylor appeals from the district court's orders denying his motion to dismiss the indictment and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Taylor*, No. CR–99–99 (E.D. Va. Dec. 6, 2001; Jan. 22, 2002); *see United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*